**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Mary Ann Whipple
United States Bankruptcy Judge

**Dated: March 07 2007**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-73673 |
| | ) | |
| Tamara L. Clark, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | JUDGE MARY ANN WHIPPLE |

### ORDER OF DISMISSAL

On January 29, 2007, the court entered an order granting Debtor thirty days to file a motion to convert the case to a Chapter 13 case or the case would be dismissed pursuant to 11 U.S.C. § 707(b). To date, Debtor has not filed a motion to convert to a Chapter 13 case.

**THEREFORE**, good cause appearing,

**IT IS ORDERED** that this Chapter 7 case be, and hereby is, **DISMISSED**; and

**IT IS FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, serve a notice of this Order of Dismissal upon the Debtor, Chapter 7 Trustee, all Creditors and parties in interest.